■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN BERMEJO, Appellant. [39 NYS3d 759]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Margaret Clancy, J.), rendered April 14, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEJAL J. SHAH, on Behalf of THEODORE SHEARIN, Appellant, v JOSEPH PONTE, Commissioner, Respondent. [39 NYS3d 759]—An appeal having been taken to this Court by the above-named appellant from a judgment (denominated an order), of the Supreme Court, New York County (Larry Stephen, J.), entered on or about May 11, 2016, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 28, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.